RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
rebecca_levy@fd.org

Attorney for Siamond Wilson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-cr-00333-RFB-GWF |
| Plaintiff, | ORDER **CONTINUE PRELIMINARY HEARING** |
| v. | (First Request) |
| SIAMOND WILSON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Ronald Cheng, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Siamond Wilson, that the Preliminary Hearing currently scheduled on Friday, September 18, 2020 at 3:00 p.m., be vacated and continued to Monday, September 21, 2020 at a time convenient to the Court.

This Stipulation is entered into for the following reasons:

1. Counsel for the Defendant will be out of the district and unavailable on Friday, September 18, 2020.

2. The Defendant is in custody and does not object to the continuance.

3. The parties agree to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested by this stipulation is excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(b) and 3161(h)(8)(A), considering the factors under 18 U.S.C. § 3161(h)(8)(B)(i) and (iv).

This is the first request for continuance filed herein.

DATED this 14th day of September 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Rebecca A. Levy*<br>By_____<br>REBECCA A. LEVY<br>Assistant Federal Public Defender | */s/ Ronald Cheng*<br>By_____<br>RONALD CHENG<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SIAMOND WILSON,<br><br>　　　　　Defendant. | Case No. 2:11-cr-00333-RFB-GWF<br><br>**ORDER** |

　　Based on the Stipulation of counsel, good cause appearing therefore:

　　IT IS HEREBY ORDERED that the Preliminary Hearing currently scheduled on Friday, September 18, 2020 at the hour of 3:00 p.m., be vacated and continued to September 21, 2020, at 1:00 p.m. in Courtroom 3A.

　　DATED this 14th day of September 2020.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

3